AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Alisa Shver 25-048)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| FERNANDO HERNANDEZ-MERCANO | ) Case No. 25-MJ-597 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 3, 2024** in the county of **Chester** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry after Deportation |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Jamaal Green
*Complainant's signature*

Jamaal Green, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence.

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2025.03.20 11:32:32 -04'00'

Date: 3/20/2025

*Judge's signature*

City and state: Philadelphia, Pennsylvania     Honorable Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*